NAME: Benjamin D. Rodriguez

PRISON NUMBER: F 72457

CURRENT ADDRESS OR PLACE OF CONFINEMENT: R.J. Donovan Correctional Facility

CITY, STATE, ZIP CODE: San Diego, CA. 92179

FILED 2007 NOV 21 PM 3:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ✓  1983
FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ___ No ✓
COPIES SENT TO  Court ✓  ProSe ___

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Benjamin D. Rodriguez,
(FULL NAME OF PETITIONER)
PETITIONER

v.

Warden Hernandez,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
RESPONDENT

and

_____,
The Attorney General of the State of California, Additional Respondent.

Civil No. 07CV 2230 J LSP
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: Superior Court of Calif., County of San Diego

2. Date of judgment of conviction: On May 3rd 2007

3. Trial court case number of the judgment of conviction being challenged: _____

4. Length of sentence: 20 years

CIV 68 (Rev. Dec. 1998)                    K:\COMMON\FORMS\CIV-68.

5. Sentence start date and projected release date: _May 3, 07 to 2023_

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _PC. 288,_

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☐
   (b) Judge only ☐   N/A

9. Did you testify at the trial?
   ☐ Yes ☐ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☐ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: _N/A_
    (b) Date of result, case number and citation, if known: _This paticula instance_
    (c) Grounds raised on direct appeal: _Abuse of 1385 Discretion, and illegal Sentencing arbitration, 8th Amendment right violations, 6th and 14th Amendment right violations, points and Authorities. People V. Garcia (1999) 4th Dis CAD._

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: _N/A._
    (b) Date of result, case number and citation, if known: _unknown_
    (c) Grounds raised: _N/A._

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result: __Not yet__
    (b) Date of result, case number and citation, if known: __N/A__

    (c) Grounds raised: __In discovery__

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes  ☒ No

15. If your answer to #14 was "Yes," give the following information:
    (a) **California Superior Court** Case Number: __N/A__
    (b) Nature of proceeding: __N/A__

    (c) Grounds raised: __N/A Not applicable in this present instonse bring a laymen at law and having no access to the appropriate legal materials.__

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No
    (e) Result: __It would of been impassable. under the circumstance__
    (f) Date of result: __N/A__

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes  ☒ No

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number: N/A
    (b) Nature of proceeding: N/A
    (c) Grounds raised: N/A

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: N/A
    (f) Date of result: N/A

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number: N/A
    (b) Nature of proceeding: N/A

    (c) Grounds raised: N/A this is hiers addressed under other authorities.

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: N/A
    (f) Date of result: N/A

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not: Laymen at Law, no access to the appropriate legal materil, no understanding of the nature of these petitions, and or motion's or writs of habetus corpus.

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No   (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? Not applicable
        (i) What was the prior case number? Not applicable
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: Not applicable
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☒ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: California penal Code: 1385 Discretion Case Law. people V. Garcia (1999)

Supporting FACTS (state *briefly* without citing cases or law) I was convicted and Sentenced to 20 years with 9 Strikes, this is indeed a 14th amendment right violation. An 8th amendment right Violation as well as a 6th Amendment right violation; This is a flagrant abuses of 1385 Discretion, The 9th Circuit affirmed and the supreme Court upheld and severely cautioned the 4th and 2nd district as to these discretion abuses, figuratively this an unfair and Illegal Sentence Structer. The trial Cort Shoned its excercising of 1385 Discretion in a arbitrary, Capricious or patently absurd Manner that resulted in a Illegal sentencing struter. Also there was no emphasis placed on the fact this was a first offense there by blatantly disregarding the 9th circuit appeal to the second district and the 4th district, revealing the enevadibilty of reversal or meritorious grounds for reversal, the Caution was placed on the 4th district to reveal a Absurd pAttern of 1385 discretion abuses.

Did you raise GROUND ONE in the California Supreme Court?
☐ Yes ☐ No.

(b) **GROUND TWO:** 8th Amendment right Violation:

**Supporting FACTS** (state *briefly* without citing cases or law): As a first offense the sentencing Judge overanched his judicial power's no where in the history of California Sentencing Law is there a case where a defendant bieng a first termer has entered into arbitration as to "9" Strikes actually sticking or bieng a permanent part of a plea agreement: SE: Wilding V. State of Calif. (1996) 4th Dis. people V. Trower (6 Dis.) Mo. people V. Brown 2003 CAl Lexis 6516 CCAl. Aug. 27 This also is a form of coercion in that this sentence "Currently" and any other conviction would be mandated: It is a due process Error, this sentence must be set aside and reconsidered! It cannot and will not Stand. This is reversable Error and it is substantial. And the Law does mandate such releif as is equivalant to the damages accrued. In this particular instance the defendant has suffered invariable under such illegal Sentencing arbitration, in all actuality a misdemeanor offense was comitted against the defendant if not only for the sole purpose of future convictions this sentenced must be vacated, and relief ordered. Respectfully.

Did you raise GROUND TWO in the California Supreme Court?
☐ Yes ☐ No.

(c) **GROUND THREE**: 14th Amendment right violation.

Supporting FACTS (state *briefly* without citing cases or law): Clearly the sentenceing strucker indicates reversable Error. The damage accrued is accumaltive, and if not adressed incurable: My constitutionally protected & inalienable guaranteed 14th amendment right was violated when "the" sentenceing Judge did not fulfill the statue's criteret to the fullest extent of the LAW! Obviously I was not protected under my 14th amendment right's. This is nothing short of a due process violation. Again the sentence must be set aside and reconsidered. Respectfully. Defendant would also pray the courts take into consideration the defendant has alredy accrued damage personally suffering under said arbitration. The damage accrued falls under multiple Juristictions, it also falls under civil procedure. The defendant however Shall be Satisfied with the finding of reversable Error, and sent Back to the trial Judge for a Sentting aside of this illegal arbitration and resentence, with substantial relief. Anything else under these circumstance would be unacceptable: The 4th District continues to blatantly disregard the 9th circuit Court of Appeals reprimands and cautions.

Did you raise GROUND THREE in the California Supreme Court?
☐ Yes ☒ No.

(d) **GROUND FOUR**: 6th Amendment right violation.

Supporting FACTS (state *briefly* without citing cases or law): Obuiously Court room administration was breachd, fundementally there is no court room administration if this inalienable right is obstructed. This is the Apex of "Due process" the above mentioned right violations Are ("inseperable") if all entities in the count of LAW are not working condusively for this protected right there is and was no Justice. The sentence there-fore must be reversed. This is also strongly upheld in the commission on jidicial performance, These flagrant right violation actually teeter on judicial misconduct, no ONE given attorney could be oblivions to such blatant disregard to constitutionally protected right. The Suprem court itself has severely Cautioned against such systematic Errosion of federally protected right's. We adressed the procedural prerequesets for the declaration of against penal intrest Exception.

Did you raise GROUND FOUR in the California Supreme Court?
☐ Yes ☒ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: N/A
    (b) Case Number: N/A
    (c) Date action filed: N/A
    (d) Nature of proceeding: N/A

    (e) Grounds raised: N/A

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: IN pro-per

    (b) At arraignment and plea: _____

    (c) At trial: _____

    (d) At sentencing: _____

    (e) On appeal: N/A
    (f) In any post-conviction proceeding: _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: N/A

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    ☒ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    ☐ Yes  ☒ No

    (a) If so, give name and location of court that imposed sentence to be served in the future: N/A

    (b) Give date and length of the future sentence: N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    ☐ Yes  ☒ No  N/A

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: November 14, 2007

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Nov. 14, 2007                    _____
B.R.
(DATE)                           SIGNATURE OF PETITIONER

CIV 68 (Rev. Dec. 1998)            -11-            K:\COMMON\FORMS\CIV-68.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Benjamin D. Rodriquez

2254 ✓  1983
FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes___ No___
COPIES SENT TO
Court ✓  Pro Se___

DEFENDANTS

Hernandez

FILED
2007 NOV 21  PM 3:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Benjamin D. Rodriquez
PO Box 799002
San Diego, CA 92179
F-72457

ATTORNEYS (IF KNOWN)

'07CV 2230 J  LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23  DEMAND $  Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE  Docket Number

DATE  November 21, 2007

SIGNATURE OF ATTORNEY OF RECORD